UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA ASAMOAH, INDIVIDUALLY and a/n/f and Guardian Ad Litem for JAO and BAO, minors; The Estate of RAO; and PATRICK K. OWUSU, INDIVIDUALLY, as Administrator of the Estate of RAO and a/n/f and Guardian Ad Litem for JAO and BAO, minors;<br><br>Plaintiffs,<br><br>v.<br><br>JNJ EXPRESS, INC. and BRIAN KEITH WINNINGHAM<br><br>Defendants. | C.A. No. 1:19-cv-02119<br>NON-ARBITRATION CASE<br><br><br><br>JURY TRIAL OF 12 DEMANDED |

## ORDER GRANTING THE AGREED MOTION TO DISMISS CLAIMS OF MINOR PLAINTIFFS

BE IT REMEMBERED that on this date, this Court considered the parties' Agreed Motion to Dismiss Claims of Minor Plaintiffs JAO and BAO *with prejudice*. It appears to the Court that the Motion should be granted. It, is therefore,

ORDERED, ADJUDGED and DECREED that the claims on behalf of minor Plaintiffs JAO an BAO are hereby dismissed *with prejudice* to the refiling of same.

All costs shall be borne by the party incurring same.

SIGNED this 5th day of November, 2020.

_____
JUDGE PRESIDING